In the Matter of the Claim of PETER W. BIELMEIER, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — railroads — interstate commerce — workmen employed in repairing compressed air line in railroad yard not engaged in interstate commerce.*

*Matter of Bielmeier* v. *N. Y. C. R. R. Co.*, 222 App. Div. 706, affirmed.

(Argued January 10, 1928; decided January 20, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1927, affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant while repairing a compressed air line in one of defendant's yards, in the regular course of his employment, received an injury which destroyed the sight of his right eye. Defendant contended that the air line was a necessary instrumentality for the proper movement of interstate trains through the yard in question; that, therefore, claimant was engaged in interstate commerce and the State Industrial Board was without jurisdiction to make the award.

*Robert E. Whalen* for appellant.

*Albert Ottinger*, Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on authority of *Shanks* v. *D., L. & W. R. R. Co.* (239 U. S. 556).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.